IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALPHONSO JAMES SR.,

    Plaintiff,
v.                                                CASE NO. 4:07-cv-00013-MP-WCS

BROOKES S. KENNERLY,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed for failure to pay the filing fee as required by 28 U.S.C. § 1915(g), and Plaintiff's motion to waive the filing fee, Doc. 2, be denied. The Magistrate Judge filed the Report and Recommendation on Thursday, January 25, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made

The Magistrate recommends dismissing Plaintiff's complaint because Plaintiff, who has "three strikes" under 28 U.S.C. § 1915(e)(2)(B), failed to pay the filing fee at the time he submitted the complaint. Plaintiff has filed an "Acceptance of Dishonor," Doc. 9, which the Court construes as an objection to the Magistrate's Report. In his objections, Plaintiff cites the Uniform Commercial Code and various other sources for the proposition that no fee can be charged for the exercise of his constitutional rights. However, Plaintiff fails to address the fact that under 28 U.S.C. § 1915(g), he is required to pay the filing fee at the time of filing his

complaint.   The Court agrees with the Magistrate that Plaintiff's allegations do not suggest he is under imminent danger of serious physical injury, and that dismissal is required.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order;

2. Plaintiff's motion requesting waiver of the filing fee, Doc. 2, is denied; and

3. Plaintiff's complaint, Doc. 1, is dismissed without prejudice.

**DONE AND ORDERED** this   *7th* day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge